MAR 0 4 2026

LNE 3.3.26
SS: 2024R00394

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY_____ DEPUTY

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | **CRIMINAL NO.** GLR 26cr84 |
| v. | * | |
| | * | **(Conspiracy to Commit Firearms** |
| CHRISTOPHER WILLIAMS, and | * | **Trafficking, 18 U.S.C. § 933(a)(3);** |
| KEDRIC PINSON, JR.,** | * | **Firearms Trafficking, 18 U.S.C. §** |
| | * | **933(a)(1); Conspiracy to Import,** |
| **Defendants.** | * | **Manufacture, or Deal Firearms** |
| | * | **Without a License, 18 U.S.C.** |
| | * | **922(a)(1)(A); Forfeiture, 18 U.S.C.** |
| | * | **§§ 924(d) and 934(a)(1), 21 U.S.C. §** |
| | * | **853(p), 28 U.S.C. § 2461(c))** |
| | * | |

*******

## INDICTMENT

## COUNT ONE
### (Conspiracy to Commit Firearms Trafficking)

The Grand Jury for the District of Maryland charges that:

From at least on or about February 13, 2024, continuing through July 24, 2024, in the

District of Maryland, the Defendants,

### CHRISTOPHER WILLIAMS, and
### KEDRIC PINSON, JR.,

did knowingly combine, conspire, confederate, and agree together with each other and persons

known and unknown to the Grand Jury to ship, transport, transfer, cause to be transported, and

otherwise dispose of firearms to another person in and otherwise affecting interstate and foreign

commerce, knowing and having reasonable cause to believe that the use, carrying, and possession

of the firearms by the recipient would constitute a felony.

18 U.S.C. 933(a)(3)

## COUNT TWO
### (Firearms Trafficking)

The Grand Jury for the District of Maryland further charges that:

On or about February 13, 2024, continuing through July 24, 2024, in the District of Maryland, the Defendants,

**CHRISTOPHER WILLIAMS, and
KEDRIC PINSON, JR.,**

did, ship, transport, transfer, cause to be transported, and otherwise dispose of nine firearms – that is, one Glock model 23 Gen4, .40 caliber pistol bearing serial number YMU799; one Century Arms Micro Draco, 7.62 caliber pistol bearing serial number 23PMD-48967; one Beretta Px4 Storm .40 caliber pistol bearing serial number PY23843; one Glock model 23 Gen4, .40 caliber pistol bearing serial number YMU794; one Glock model 27 Gen4, .40 caliber pistol bearing serial number XRC963; one Glock, model 33, .357 caliber pistol bearing serial number BWEM887; one Glock, model 33 Gen4, .357 caliber pistol bearing serial number CCPN098; one Glock, model 23 Gen4, .40 caliber pistol bearing serial number YMU810; one Glock, model 23 Gen4, .40 caliber pistol bearing serial number YMU815; and one Glock, model 21 Gen4, .45 caliber pistol bearing serial number XUA119 – to another person in and otherwise affecting interstate and foreign commerce, knowing and having reasonable cause to believe that the use, carrying, and possession of a firearm by the recipient would constitute a felony.

18 U.S.C. § 933(a)(1)

## COUNT THREE
**(Conspiracy to Import, Manufacture, or Deal Firearms Without a Federal Firearms License)**

The Grand Jury for the District of Maryland further charges that:

On or about February 13, 2024 continuing through July 24, 2024, in the District of Maryland, the Defendants,

**CHRISTOPHER WILLIAMS, and
KEDRIC PINSON, JR.,**

not being licensed dealers, importers, or manufacturers of firearms within the meaning of Chapter 44, Title 18, United States Code, did knowingly combine, conspire, confederate, and agree together with each other and persons known and unknown to the Grand Jury to willfully engage in the business of dealing in firearms without a license.

18 U.S.C. 922(a)(1)(A)

## FORFEITURE ALLEGATION

The Grand Jury for the District of Maryland further finds that:

1.     Pursuant to Fed. R. Crim. P. 32.2, notice is hereby given to the Defendants that the United States will seek forfeiture as part of any sentence in accordance with 18 U.S.C. §§ 924(d) and 934(a)(1), 21 U.S.C. § 853(p), and 28 U.S.C. § 2461(c), in the event of the Defendants' convictions under Counts One through Three of this Indictment.

### Firearms Trafficking Forfeiture

2.     Upon conviction of the offense(s) alleged in Counts One or Two of this Indictment, the Defendants,

**CHRISTOPHER WILLIAMS, and
KEDRIC PINSON, JR.,**

shall forfeit to the United States, pursuant to 18 U.S.C. § 934(a)(1):

    a.     any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense(s); and

    b.     any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense(s).

### Firearms and Ammunition Forfeiture

3.     Upon conviction of the offense(s) alleged in Counts One through Three of this Indictment, the Defendants,

**CHRISTOPHER WILLIAMS and
KEDRIC PINSON, JR.,**

shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in such offense(s).

## Property Subject to Forfeiture

4.      The property to be forfeited includes, but is not limited to:

      a.      a forfeiture money judgment in the amount each Defendant obtained as a result of the offenses alleged in Counts One through Three of this Indictment.

## Substitute Assets

5.      If, as a result of any act or omission of the Defendants, any of the property described above as being subject to forfeiture:

      a.      cannot be located upon the exercise of due diligence;

      b.      has been transferred or sold to, or deposited with, a third person;

      c.      has been placed beyond the jurisdiction of the Court;

      d.      has been substantially diminished in value; or

      e.      has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property up to the value of the forfeitable property pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

18 U.S.C. § 924(d)
18 U.S.C. § 934(a)(1)
21 U.S.C. § 853(p)
28 U.S.C. § 2461(c)

_Kelly O. Hayes_
Kelly O. Hayes
United States Attorney

A TRUE BILL:

**SIGNATURE REDACTED**

Foreperson

3/4/26
Date

5